NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


WILLIAM COON, DOC #H04539,⁣            )
⁣                                      )
⁣            Appellant,                 )
⁣                                      )
v.                                     )      Case No.  2D17-2568
⁣                                      )
STATE OF FLORIDA,                      )
⁣                                      )
⁣            Appellee.                  )
_____)

Opinion filed April 5, 2019.

Appeal from the Circuit Court for Polk
County; Kelly P. Butz, Judge.

David Maldonado, J.D., of The Maldonado
Law Firm, P.A., Lakeland, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and C. Suzanne Bechard,
Chief-Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.

⁣            Affirmed.


SILBERMAN, SALARIO, and BADALAMENTI, JJ., Concur.